REIDUN STRØMSHEIM # 104938
ELIZABETH MURPHY # 203340
STROMSHEIM & ASSOCIATES
353 Sacramento Street, Suite 860
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
emurphy@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 03-46559 NK |
|---|---|
| L.C. FULLER, Jr. | Chapter 7 |
| SS # xxx xx 5976 | |
| Debtor | |
| JOHN T. KENDALL, Trustee, | |
| Plaintiff, | Adv. Proc. No._____ |
| v. | |
| SHARON FULLER, | |
| Defendant. | |

**COMPLAINT TO SELL CO-OWNER'S INTEREST IN REAL PROPERTY**
**(1262 Greenway Drive, Richmond, CA and 445 Valley View Road, #E, El Sobrante, CA)**

COMES NOW, Plaintiff, John T. Kendall, trustee of the above-referenced bankruptcy estate, and alleges as follows:

**JURISDICTION**

1. Jurisdiction over this action exists pursuant to 28 U.S.C. § 157 and 28 U.S.C. § 1334, and venue is proper pursuant to 28 U.S.C. § 1409.

STROMSHEIM & ASSOCIATES

1

2. This adversary proceeding is a core matter pursuant to 28 U.S.C. § 157.

**PRELIMINARY ALLEGATIONS**

3. An Order for relief under Chapter 7 of Title 11 of the United States Code was entered herein pursuant to a voluntary petition filed by the Debtor on November 12, 2003.

4. John T. Kendall ("Plaintiff" or "Trustee") is the duly appointed, qualified and acting trustee of the Chapter 7 estate.

5. Defendant Sharon Fuller ("Defendant") is an individual residing in the state of California and upon information and belief is the wife of the Debtor.

6. The Debtor and the Defendant are the owners of the real property commonly known as known as 1262 Greenway Drive, Richmond, CA (the "Richmond Property").

7. The Debtor and Defendant are the owners of the real property commonly known as 445 Valley View Road, #E, El Sobrante, CA (the "El Sobrante Property").

**FIRST CLAIM FOR RELIEF**
**(Sale of co-owner's interest, 11 U.S.C. §363(h))**

8. Pursuant to 11 U.S.C. § 363(b), and to the extent that the Defendant has a partial interest in the Property, the Trustee desires to sell the estate's undivided interest in the Richmond Property and the El Sobrante Property for the benefit of the estate.

9. Partition in kind of the Richmond Property and the El Sobrante Property among the estate and the Defendant is impracticable.

10. Sale of the estate's undivided interest in the Richmond Property and the El Sobrante Property would realize significantly less for the estate than sale of the properties free of the interests of the Defendant.

11. The benefit to the estate of a sale of the Richmond Property and El Sobrante Property free of the interests of the Defendant outweighs the detriment, if any, to the Defendant.

12. The Richmond Property and the El Sobrante Property are not used in the production, transmission, or distribution, for sale, of electric energy or of natural or synthetic gas for heat, light, or power.

WHEREFORE Plaintiff seeks relief as set forth below.

**PRAYER**

1. For judgment against Defendant authorizing the Trustee to sell the co-owner's interest in the Richmond Property and the El Sobrante Property;

2. For costs of suit;

3. For such other and further relief as the court deems just and proper.

DATED: This 4th day of February, 2005.

STROMSHEIM & ASSOCIATES


/s/     Elizabeth Murphy
Attorneys for Plaintiff,
JOHN T. KENDALL, Trustee