Entered on Docket
April 15, 2005
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: April 15, 2005

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

REIDUN STRØMSHEIM # 104938
ELIZABETH MURPHY # 203340
STROMSHEIM & ASSOCIATES
353 Sacramento Street, Suite 860
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
emurphy@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>L.C. FULLER, Jr.<br>SS # xxx xx 5976<br>    Debtor<br><br>JOHN T. KENDALL, Trustee,<br>    Plaintiff,<br>v.<br>SHARON FULLER,<br>    Defendant. | Case No. 03-46559 NK<br>Chapter 7<br><br><br>Adv. Proc. No. 05-4158 |

## DEFAULT JUDGMENT

The defendant Sharon Fuller, having been duly served with the complaint and notice of the status conference in the adversary proceeding herein, having failed to answer plaintiff's complaint, the default of said defendant having been duly entered, the motion for default judgment and declaration in support having been considered, and good cause appearing;

//
//

1    IT IS HEREBY ADJUDGED that Plaintiff John T. Kendall, Trustee, is authorized to sell the co-owner Sharon Fuller's interest in the real property commonly known as 1262 Greenway Drive, Richmond, California; and

    IT IS HEREBY FURTHER ADJUDGED that Plaintiff John T. Kendall, Trustee, is authorized to sell the co-owner Sharon Fuller's interest in the real property commonly known as 445 Valley View Road, #E, El Sobrante, CA.

** END OF ORDER**

COURT SERVICE LIST

Sharon Fuller
1262 Greenway Dr.
Richmond, CA 94803

Sharon Fuller
445 Valley View Road, #E
El Sobrante, CA 94803

John T. Kendall
2411 Santa Clara Avenue, Suite 12
Alameda, CA 94501